UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaura Rivera,

Plaintiff,

—v—

William J. Unger and Catherine Unger,

Defendants.

DEC 0 3 2019

19-CV-10455 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 11, 2019, Defendants removed the above-captioned action from New York Supreme Court. Dkt. No. 1. On December 2, 2019, Plaintiff filed a motion to remand. Dkt. No. 4. Pursuant to Local Civil Rule 7.1, motions to remand must be supported by a memorandum of law, "setting forth the cases and other authorities relied upon in support of the motion." As of the date of this Order, the Court is not in receipt of Plaintiff's memorandum of law. Plaintiff shall file the memorandum no later than one week after the date of this Order. Defendants' Opposition shall be due two weeks from the filing of Plaintiff's memorandum of law, and Plaintiff's Reply, if any, shall be due one week after the Opposition deadline.

SO ORDERED.

Dated: December 3, 2019
New York, New York

ALISON J. NATHAN
United States District Judge

1