```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Isaura Rivera,

                Plaintiff,

     –v–

William J Unger, *et al.*,

                Defendants.

19-cv-10455 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The initial pre-trial conference currently scheduled for April 21, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                                  _____
                                                  ALISON J. NATHAN
                                              United States District Judge