USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaura Rivera,

           Plaintiff,

–v–

William J. Unger, *et al.*,

           Defendants.

19-cv-10455 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the settlement between the parties, Plaintiff's motion to remand is denied as moot. This resolves Dkt. Nos. 4, 7, and 9.

SO ORDERED.

Dated: July 16, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge